**OLD TOWN CANOE COMPANY, Plaintiff–Appellant,**

v.

**GLENWA, INC., Defendant–Cross Appellant.**

**Nos. 05–1046, 05–1047.**

United States Court of Appeals, Federal Circuit.

Aug. 4, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Robert FITZPATRICK, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 05–3232.**

United States Court of Appeals, Federal Circuit.

Aug. 5, 2005.

**ORDER**

Petitioner having paid the initial docketing fee, and filed the required 15(c) Discrimination Statement, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 55 days from the date of filing of this order.